FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRAINE WOODS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:16-CV-3170-SMJ<br><br>**ORDER REMANDING FOR FURTHER PROCEEDINGS** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 17. The parties agree that this case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including, but not limited to, the following actions: the administrative law judge (the ALJ) will address the evidence submitted to the Appeals Council; the ALJ will reevaluate Plaintiff's maximum residual functional capacity and in so doing, further consider the opinions of Dr. Drenguis (Tr. 338-342), Dr. Moyer (Tr. 413-415, 416-417), and Dr. Staley (Tr. 92-95); the ALJ will further evaluate Plaintiff's subjective complaints; and, if warranted, the ALJ obtain supplemental vocational expert evidence to determine if jobs exist in significant numbers in the national economy that Plaintiff is capable of performing given her limitations. If a

ORDER - 1

favorable decision is not made on the record, the ALJ will afford Plaintiff the opportunity to appear at a new hearing and present evidence and testimony. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the parties' motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 17**, is **GRANTED**.

2. The ALJ's decision is **REVERSED** and **REMANDED** for further administrative proceedings consistent with the parties' stipulation and this order.

3. All other pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Plaintiff consistent with this order and **CLOSE** this file

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of May 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge